**United States District Court**
For the Northern District of California

** E-filed July 24, 2009 **

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

AKBAR ABDOLLAHI and PARVIN
ABDOLLAHI, individuals,

          Plaintiffs,

   v.

WASHINGTON MUTUAL, FA; WEST
COAST FINANCIAL CORPORATION, a
California corporation, JP MORGAN
CHASE, a New York corporation and DOES
1–100, inclusive,

          Defendant.
_____/

No. C09-00743 HRL

**ORDER TO SHOW CAUSE**

     On June 15, 2009, the court granted defendants' motion to dismiss plaintiffs' complaint with leave to amend.  (Docket No. 21.)  Plaintiffs were ordered to file an amended complaint within ten days of that order.  To date, plaintiffs have not filed an amended complaint.  Accordingly,

     IT IS HEREBY ORDERED that no later than August 5, 2009, plaintiffs shall file a declaration showing cause, if any, why this case should not be dismissed for failure to prosecute.  *See* Fed. R. Civ. P. 41(b).

Dated: July 24, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C09-00743 Notice will be electronically mailed to:**

Timothy Douglas Thurman        tim.thurman@trinlaw.com
John M. Sorich                 jsorich@adorno.com
Sung-Min Christopher Yoo       cyoo@adorno.com
Tuyet Thi Tran                 ttran@adorno.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28