**\*\* E-filed August 11, 2009 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AKBAR ABDOLLAHI and PARVIN ABDOLLAHI, individuals,<br><br>  Plaintiffs,<br>  v.<br><br>WASHINGTON MUTUAL, FA; WEST COAST FINANCIAL CORPORATION, a California corporation, JP MORGAN CHASE, a New York corporation and DOES 1–100, inclusive,<br><br>  Defendants.<br>_____/ | No. C09-00743 HRL<br><br>**ORDER (1) REQUIRING PLAINTIFFS TO E-FILE FIRST AMENDED COMPLAINT AND (2) SETTING INITIAL CASE MANAGEMENT CONFERENCE** |

On July 24, 2009, this court issued an order directing plaintiffs to file, no later than August 5, 2009, a declaration showing cause, if any, why this case should not be dismissed for failure to prosecute. (Docket No. 22.) Plaintiffs filed a response on the deadline indicating that plaintiffs' counsel miscalendared the date to file the first amended complaint, and attached a copy of their amended complaint to the response as Exhibit A. (Docket No. 23.) The court will accept this response, but reminds plaintiffs' counsel of the importance of meeting this court's deadlines in the future. Accordingly:

1. Plaintiffs shall e-file their first amended complaint, as it appeared in their response to the order to show cause, as a separate docket entry by **August 13, 2009**. Once it is so filed, defendants shall file any response pursuant to the Federal Rules of Civil Procedure.

2. The initial Case Management Conference currently set for August 25, 2009 is continued to **October 13, 2009 at 1:30 p.m.**  All deadlines set in the court's Order Setting Initial Case Management Conference and ADR Deadlines (Docket No. 3) are adjusted accordingly.

**IT IS SO ORDERED.**

Dated: August 11, 2009



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

**C 09-00743 Notice will be electronically mailed to:**

| | |
|---|---|
| Timothy Douglas Thurman | tim.thurman@trinlaw.com |
| John M. Sorich | jsorich@adorno.com |
| Sung-Min Christopher Yoo | cyoo@adorno.com |
| Tuyet Thi Tran | ttran@adorno.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**