**\*\* E-filed October 7, 2009 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AKBAR ABDOLLAHI and PARVIN ABDOLLAHI, individuals,<br><br>  Plaintiffs,<br>   v.<br><br>WASHINGTON MUTUAL, FA; WEST COAST FINANCIAL CORPORATION, a California corporation, JP MORGAN CHASE, a New York corporation and DOES 1–100, inclusive,<br><br>  Defendants.<br>_____/ | No. C09-00743 HRL<br><br>**ORDER (1) CONTINUING INITIAL CASE MANGEMENT CONFERENCE AND (2) DENYING REQUEST TO APPEAR BY TELEPHONE AS MOOT**<br><br>[Re: Docket No. 36] |

In light of defendant JPMorgan's pending Motion to Dismiss, the Initial Case Management Conference set for October 13, 2009 has **been continued to December 15, 2009, at 1:30 p.m.** in Courtroom 2, United States District Court, 280 South First Street, San Jose, California. Accordingly, defendant JPMorgan counsel's request to appear by telephone at the hearing for the initial Case Management Conference is DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: October 7, 2009

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 09-00743 Notice will be electronically mailed to:**

| | |
|---|---|
| Timothy Douglas Thurman | tim.thurman@trinlaw.com |
| John M. Sorich | jsorich@adorno.com |
| Sung-Min Christopher Yoo | cyoo@adorno.com |
| Tuyet Thi Tran | ttran@adorno.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**