**\*\* E-filed October 7, 2009 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AKBAR ABDOLLAHI and PARVIN ABDOLLAHI, individuals,<br><br>          Plaintiffs,<br>    v.<br><br>WASHINGTON MUTUAL, FA; WEST COAST FINANCIAL CORPORATION, a California corporation, JP MORGAN CHASE, a New York corporation and DOES 1–100, inclusive,<br><br>          Defendants.<br>_____/ | No. C09-00743 HRL<br><br>**INTERIM ORDER RE: EXHIBITS FOR PLAINTIFFS' FIRST AMENDED COMPLAINT** |

On August 26, 2009, plaintiffs filed their First Amended Complaint ("FAC") following this court's order to show cause. The FAC lists Exhibits A–C as being attached and incorporated to the FAC. (FAC ¶¶ 16, 17, 24.) However, plaintiffs failed to file these exhibits with their amended pleading. Accordingly, plaintiff shall file these missing exhibits no later than **October 14, 2009**.

**IT IS SO ORDERED.**

Dated: October 7, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 09-00743 Notice will be electronically mailed to:**

| | |
|---|---|
| Timothy Douglas Thurman | tim.thurman@trinlaw.com |
| John M. Sorich | jsorich@adorno.com |
| Sung-Min Christopher Yoo | cyoo@adorno.com |
| Tuyet Thi Tran | ttran@adorno.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**